| | |
|---|---|
| 1 | COOLEY LLP |
| | GREGORY C. TENHOFF (154553) tenhoffgc@cooley.com |
| 2 | SCOTT PETERSMEYER (254370) |
| | spetersmeyer@cooley.com |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155 |
| | Telephone:     (650) 843-5000 |
| 5 | Facsimile:      (650) 849-7400 |
| 6 | |
| | Attorneys for Defendant/Counterclaimant |
| 7 | Revionics, Inc. |
| 8 | SHUMAN SNYDER LLP |
| | JEFFREY SNYDER (148217) jeff@shusny.com |
| 9 | LISA PLANK (153737) lisa@shusny.com |
| | 525 Middlefield Road, Suite 100 |
| 10 | Menlo Park, CA 94025 |
| | Telephone:     (650) 443-5100 |
| 11 | Facsimile:      (650 443-5106 |
| 12 | |
| | Attorneys for Plaintiffs JAMES SILLS and CLEAR DEMAND, |
| 13 | INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | JAMES SILLS, an individual, and CLEAR DEMAND, INC., a Delaware corporation, and | Case No. CV12-03102-JSW |
| 17 | | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND FILING OF COMPLAINT IN SANTA CLARA SUPERIOR COURT** |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | REVIONICS, INC., a Delaware corporation, | |
| 21 | | |
| | Defendant. | |
| 22 | REVIONICS, INC., | |
| 23 | Counterclaimant, | |
| 24 | v. | |
| 25 | JAMES SILLS, an individual, and CLEAR DEMAND, INC., a Delaware corporation, | |
| 26 | | |
| 27 | | |
| | Counterdefendants. | |
| 28 | | |

**WHEREAS**, on June 15, 2012 Plaintiffs/Counterdefendants James Sills and Clear Demand, Inc. filed a Complaint in this Court which seeks declaratory relief and asserts a claim of unfair competition against Defendant/Counterclaimant Revionics, Inc.("**Revionics**");

**WHEREAS**, the Complaint alleged federal question jurisdiction under 28 U.S.C. Section 2201 *et seq*. on the basis of a draft complaint by Revionics which alleged a claim under the federal Computer Fraud and Abuse Act (18 U.S.C. Section 1030 *et seq*.)(the "**CFAA Claim**");

**WHEREAS**, on June 22, 2012, Revionics filed its Answer to the Complaint and asserted eleven counterclaims against Sills and Clear Demand (collectively Plaintiffs'/Counterdefendants' Complaint and Defendant/Counterclaimant's Answer/Counterclaims hereinafter referred to as the "**Action**");

**WHEREAS**, the counterclaims alleged by Revionics in this Action do not include a CFAA Claim;

**WHEREAS**, the Parties therefore agree that on the basis of the current pleadings in this Action, this Court does not have subject matter jurisdiction over the Action because there is no federal question jurisdiction under 28 U.S.C. § 1331, and there is no diversity jurisdiction under 28 U.S.C. § 1332 because Revionics and Clear Demand are both incorporated in Delaware, and therefore are citizens of the same state;

**WHEREAS**, the Superior Court of California has jurisdiction over all causes of action asserted in the Action pursuant to California Constitution, Article VI, § 10 and California Code of Civil Procedure § 410.10.  By filing the Complaint in this Court, Sills and Clear Demand have submitted to the Superior Court of California's personal jurisdiction in any related action.  The Superior Court of California also has personal jurisdiction over Sills because under Sills' Employee Nondisclosure and Assignment Agreement with Revionics, Sills expressly consented to the personal jurisdiction of the state courts located in California;

**NOW, THEREFORE**, Plaintiffs/Counterdefendants Sills and Clear Demand and Defendant/Counterclaimant Revionics (collectively, the "**Parties**") jointly request and stipulate to the entry of an Order providing that:

1. The Action in this Court be dismissed without prejudice.

2. Plaintiffs/Counterdefendants will file their Complaint against Revionics in the Superior Court of California, County of Santa Clara (the "**Superior Court Complaint**") promptly after receiving notice that this Court has dismissed this Action. Revionics' counsel shall accept service of the Superior Court Complaint on behalf of Revionics.

3. The Parties consent to the jurisdiction of the Superior Court of California, County of Santa Clara and agree that this is the proper venue for this matter.

4. Revionics will file its Answer and Cross-complaint to the Superior Court Complaint shortly after service of the Complaint, and in no event later than the statutory time limit.  Counsel for Plaintiffs/Cross-defendants will accept service of the Answer and Cross-complaint on behalf of Plaintiffs/Cross-defendants.

///

///

///

///

///

///

///

5. Plaintiffs/Cross-defendants will file their response to Revionics' Answer and Cross-complaint on August 13, 2012, or or within ten days of service of the Cross-complaint, whichever is later.

6. Neither party will recover its costs or fees in this federal court Action.

SO STIPULATED:

| | |
|---|---|
| Date: June 28, 2012 | Date: June 28, 2012 |
| SHUMAN SNYDER LLP | COOLEY LLP |
| By: /S/_____<br>    JEFFREY A. SNYDER<br>    LISA PLANK | By: /S/_____<br>    GREGORY C. TENHOFF |
| Attorneys for Plaintiffs/<br>Counterdefendants JAMES SILLS and<br>CLEAR DEMAND, INC. | Attorneys for Defendant/Counterclaimant<br>REVIONICS, INC. |
| | *I, Gregory Tenhoff, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45.X.B., I hereby attest that Lisa Plank has concurred in this filing.* |

**ORDER**

IT IS SO ORDERED:

_____    Date: July 2, 2012
Honorable Jeffrey S. White
United States District Court Judge